# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, NJ 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*+
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN*
EDWARD S. WARDELL
PETER J. SMITH*
WILLIAM P. KRAUSS
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY
MICHAEL J. CROWLEY-
TIMOTHY E. CORRISTON*

PATRICK J. HUGHES*+
JAMES C. MCCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
STEPHEN A. URBAN
CHARLES J. HARRINGTON III+
STEPHEN V. FALANGA*
TRICIA O'REILLY*
ANTHONY F. VITIELLO*+
MARC D. HAEFNER
JONATHAN P. MCHENRY
BRAD D. SHALIT*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
MICHAEL A. SHADIACK
OWEN C. MCCARTHY*
PATRICIA A. LEE*+
AGNIESZKA ANTONIAN*
CHRISTOPHER J. TUCCI+
NEIL V. MODY*
STEVE BARNETT*
THOMAS M. SCUDERI*
JOSEPH M. MURPHY*
NANCY A. SKIDMORE*
CHRISTINE S. ORLANDO

OTHER OFFICES

HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, NJ 07311
(201) 521-1000
FAX: (201) 521-0100

1500 MARKET STREET
12TH FLOOR,
EAST TOWER
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

888 SEVENTH AVENUE
9TH FLOOR
NEW YORK, NY 10106
(212) 307-3700
FAX: (212) 262-0050

LIBERTY VIEW
457 HADDONFIELD ROAD, SUITE 230
CHERRY HILL, NJ 08002
(856) 317-7100
FAX: (856) 317-7117

THE ATRIUM, SUITE E
309 MORRIS AVENUE
SPRING LAKE, NJ 07762
(732) 449-1440
FAX: (732)449-0934

COUNSEL
JOHN W. BISSELL
EUGENE J. CODEY, JR.
FRANCIS J. ORLANDO
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BRIAN P. MORRISSEY-
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*

DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
HECTOR D. RUIZ*
ROBERT A. VERDIBELLO*
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
CHRISTINE I. GANNON*
PHILIP W. ALLOGRAMENTO III*
LAURIE B. KACHONICK*
ANDREW C. SAYLES*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
ANTHONY J. CORINO*
WILLIAM D. DEVEAU*
MEGHAN BARRETT BURKE*
RUKHSANAH L. SINGH*
BRITTANY E. MIANO*
STACIE L. POWERS*
NICOLE B. DORY*
MICHAEL BOJBASA-
EKTA B. PATEL+
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI*

KARIN I. SPALDING*
JODI ANNE HUDSON*
RICHARD A. JAGEN
JASON E. MARX*
ALEXIS E. LAZZARA
SHANNON L. KEIM
DANIEL B. KESSLER

MELISSA D. LOPEZ
ANDREW L. BARON*
JASON D. FALK*
MICHAEL J. SHORTT+
VICTORIA N. MANOUSHAGIAN-
PATRICK J. MURPHY, III
MEGHAN K. MUSSO
BRENDAN W. CARROLL*
EDMUND J. CAULFIELD*
SYDNEY J. DARLING*
JESSICA L. PALMER
NEIL V. SHAH*
STEPHEN R. TURANO*
TARA L. TOULOUMIS*
STEVEN A. KROLL*
ROBERT M. DIPISA*
MATTHEW A. BAKER+
MICHAEL J. CREEGAN*
THOMAS M. BLEWITT, JR.+
BRIAN S. WOLFSON
SONYA B. COLE*
MARY F. HURLEY
DANIELLE M. NOVAK+
JAMES E. FIGLIOZZI-

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA
-ONLY ADMITTED IN NEW YORK
PLEASE REPLY TO ROSELAND, NJ

June 25, 2012

**VIA ECF AND FEDERAL EXPRESS**

Honorable Esther Salas, U.S.D.J.
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    **Nautilus Neurosciences, Inc. et al. v. Wockhardt USA LLC et al.**
              **Nautilus Neurosciences, Inc. et al. v. Edict Pharma. Pvt. Ltd. et al.**
              **Civil Action Nos. 2:11-1997; 2:11-4183; 2:12-1243 (ES/CLW)**

Dear Judges Salas and Waldor:

      This firm, together with Willkie Farr & Gallagher LLP, represents Plaintiffs Nautilus Neurosciences, Inc. and APR Applied Pharma Research SA (collectively, "Plaintiffs") in connection with the above-referenced matters. On May 11, 2012, the parties submitted their Joint Claim Construction and Prehearing Statement pursuant to the Court's March 2, 2012 Amended Scheduling Order.[1] (*See* Dkt. Nos. 58 & 61, Civ. Action No. 11-1997). Pursuant to the March 2d Order, the parties are to submit their respective Opening Claim Construction submissions by tomorrow, June 25, 2012. We now write to respectfully request a brief one-week extension of the time to file the parties' Opening Claim Construction submissions to July 3, 2012.[2]

---

[1] Since that date, the parties have further met and conferred on the proposed constructions of the twenty-one claim terms identified in the May 11th Statement to narrow the claim terms in dispute to only seven. Plaintiffs are currently working with counsel for Defendants on an amended Joint Claim Construction and Prehearing Statement to submit with the Court shortly.

[2] To clarify, Plaintiffs do not believe any of the other deadlines in the March 2d Order need to be adjusted should this one-week extension be granted.

Honorable Esther Salas, U.S.D.J.
Honorable Cathy L. Waldor, U.S.M.J.
June 25, 2012
Page 2

      We have reached out to counsel for all Defendants, who have consented to this request. Accordingly, we respectfully request that the March 2, 2012 Amended Scheduling Order be further amended so that the deadline for the parties to file their respective Opening Claim Construction submissions be extended to July 3, 2012.

      We appreciate the Court's attention to this matter and are available should Your Honors or Your Honors' staff have any questions.

      Respectfully submitted,

      *s/Liza M. Walsh*

      Liza M. Walsh

cc:    All Counsel of Record (via ECF and email)