# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, NJ 07068-3702
(973) 535-0500
FAX: (973) 535-9217

OTHER OFFICES

| | |
|---|---|
| HARBORSIDE FINANCIAL CENTER<br>2510 PLAZA FIVE<br>JERSEY CITY, NJ 07311<br>(201) 521-1000<br>FAX: (201) 521-0100 | 888 SEVENTH AVENUE<br>9TH FLOOR<br>NEW YORK, NY 10106<br>(212) 307-3700<br>FAX: (212) 262-0050 |
| 1500 MARKET STREET<br>12TH FLOOR,<br>EAST TOWER<br>PHILADELPHIA, PA 19102<br>(215) 246-3403<br>FAX: (215) 665-5727 | LIBERTY VIEW<br>457 HADDONFIELD<br>ROAD, SUITE 230<br>CHERRY HILL, NJ 08002<br>(856) 317-7100<br>FAX: (856) 317-7117 |

THE ATRIUM, SUITE E
309 MORRIS AVENUE
SPRING LAKE, NJ 07762
(732) 449-1440
FAX: (732)449-0934

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*+
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN*
EDWARD S. WARDELL
PETER J. SMITH*
WILLIAM P. KRAUSS
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY
MICHAEL J. CROWLEY-
TIMOTHY E. CORRISTON*

PATRICK J. HUGHES*+
JAMES C. MCCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
STEPHEN A. URBAN
CHARLES J. HARRINGTON III+
STEPHEN V. FALANGA*
TRICIA O'REILLY*
ANTHONY F. VITIELLO*+
MARC D. HAEFNER
JONATHAN P. MCHENRY
BRAD D. SHALIT*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
MICHAEL A. SHADIACK
OWEN C. MCCARTHY*
PATRICIA A. LEE*+
AGNIESZKA ANTONIAN*
CHRISTOPHER J. TUCCI+
NEIL V. MODY*
STEVE BARNETT*
THOMAS M. SCUDERI*
JOSEPH M. MURPHY*
NANCY A. SKIDMORE*
CHRISTINE S. ORLANDO

COUNSEL

JOHN W. BISSELL
EUGENE J. CODEY, JR.
FRANCIS J. ORLANDO
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BRIAN P. MORRISSEY-
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*

_____

DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
HECTOR D. RUIZ*
ROBERT A. VERDIBELLO*
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
CHRISTINE I. GANNON*
PHILIP W. ALLOGRAMENTO III*
LAURIE B. KACHONICK*
ANDREW C. SAYLES*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
ANTHONY J. CORINO*
WILLIAM D. DEVEAU*
MEGHAN BARRETT BURKE*
RUKHSANAH L. SINGH*
BRITTANY E. MIANO*
STACIE L. POWERS*
NICOLE B. DORY*
MICHAEL BOJBASA-
EKTA B. PATEL+
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI*

KARIN I. SPALDING*
JODI ANNE HUDSON*
RICHARD A. JAGEN
JASON E. MARX*
ALEXIS E. LAZZARA
SHANNON L. KEIM
DANIEL B. KESSLER*

_____

MELISSA D. LOPEZ
ANDREW L. BARON*
JASON D. FALK*
MICHAEL J. SHORTT+
VICTORIA N. MANOUSHAGIAN-
PATRICK J. MURPHY, III
MEGHAN K. MUSSO*
BRENDAN W. CARROLL*
EDMUND J. CAULFIELD*
SYDNEY J. DARLING*
JESSICA L. PALMER*
NEIL V. SHAH*
STEPHEN R. TURANO*
TARA L. TOULOUMIS*
STEVEN A. KROLL*
ROBERT M. DIPISA*
MATTHEW A. BAKER+
MICHAEL J. CREEGAN*
THOMAS M. BLEWITT, JR.+
BRIAN S. WOLFSON
SONYA B. COLE*
MARY F. HURLEY
DANIELLE M. NOVAK+
JAMES E. FIGLIOZZI-

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA
-ONLY ADMITTED IN NEW YORK
PLEASE REPLY TO ROSELAND, NJ

July 17, 2012

**VIA ECF AND FIRST-CLASS MAIL**
Honorable Esther Salas, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   Re: **Nautilus Neurosciences, Inc. et al. v. Wockhardt USA LLC et al.  Nautilus Neurosciences, Inc. et al. v. Edict Pharma. Pvt. Ltd.
Civil Action Nos. 2:11-1997; 2:11-4183; 2:12-1243 (ES/CLW)**

Dear Judge Salas:

  This firm, together with Willkie Farr & Gallagher LLP, represents Plaintiffs Nautilus Neurosciences, Inc. and APR Applied Pharma Research SA (collectively, "Plaintiffs") in connection with the above-referenced matters.  We write to update the Court on certain issues related to the Opening Markman briefs filed on July 3, 2012 and the potential deposition of Dr. Alan Rapoport, who submitted a Declaration in support of Plaintiffs' Opening Markman submission.  For the reasons set forth below, the Court no longer needs to consider the Declaration of Dr. Alan Rapoport ("the Rapoport Declaration") in connection with the Markman submission.  (*See* Civ. Action No. 11-1997, Dkt. No. 67-2 and 67-3).

  As of the parties' filing of the Updated Joint Claim Construction and Prehearing Statement on June 25, 2012, (*Id.* at Dkt. No. 65), and up until the parties' filing of their respective Opening Markman submissions on the evening of July 3, 2012, (*Id.* at Dkt. Nos. 67 & 68), Defendants had asserted indefiniteness arguments as to the following three claim terms: "method of treating pain" in the '377 patent, "method of treating recurrent migraine requiring 24 hour treatment" in the '394 patent, and "recurrent migraine."  In response to Defendants' arguments on those three claim terms, Plaintiffs proffered the Rapoport Declaration.  Nevertheless, in Defendants' Opening Markman

Honorable Esther Salas, U.S.D.J.
July 17, 2012
Page 2

Submission, (*Id.* at Dkt. No. 68), Defendants revealed that they no longer intended to introduce evidence or argue that those three claim terms are indefinite during the Markman process.

In light of Defendants' change in position, Plaintiffs no longer intend to rely on the Rapoport Declaration in connection with the Markman proceeding and the Court need not consider it. As a result, the parties have agreed that the Deposition of Dr. Rapoport is not appropriate at this point in time pursuant to the Local Patent Rules.

We are available at the Court's convenience and discretion should Your Honor wish to discuss this matter. We appreciate the Court's continued attention to this matter.

    Respectfully submitted,

    *s/Liza M. Walsh*

    Liza M. Walsh

cc: All Counsel of Record (via ECF and email)