# CONNELL FOLEY LLP
### ATTORNEYS AT LAW

**85 LIVINGSTON AVENUE**
**ROSELAND, NJ 07068-3702**
(973) 535-0500
FAX: (973) 535-9217

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD (2012)
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*⁺
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN*
EDWARD S. WARDELL
PETER J. SMITH*
WILLIAM P. KRAUSS
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY*
MICHAEL J. CROWLEY-
TIMOTHY E. CORRISTON*
PATRICK J. HUGHES*⁺
JAMES C. MCCANN*
JOHN D. CROMIE

ANGELA A. IUSO*
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
STEPHEN A. URBAN
CHARLES J. HARRINGTON III⁺
STEPHEN V. FALANGA*
TRICIA O'REILLY*
ANTHONY F. VITIELLO*⁺
MARC D. HAEFNER
JONATHAN P. MCHENRY
BRAD D. SHALIT*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
MICHAEL A. SHADIACK*
OWEN C. MCCARTHY*
PATRICIA A. LEE*⁺
AGNIESZKA ANTONIAN*
CHRISTOPHER J. TUCCI⁺
NEIL V. MODY*
STEVE BARNETT*
THOMAS M. SCUDERI*
JOSEPH M. MURPHY*
NANCY A. SKIDMORE*
CHRISTINE S. ORLANDO
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
CHRISTINE I. GANNON*
ANDREW C. SAYLES*
WILLIAM D. DEVEAU*

OTHER OFFICES

HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, NJ 07311
(201) 521-1000
FAX: (201) 521-0100

1500 MARKET STREET
12TH FLOOR, EAST TOWER
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

888 SEVENTH AVENUE
9TH FLOOR
NEW YORK, NY 10106
(212) 307-3700
FAX: (212) 262-0050

LIBERTY VIEW
457 HADDONFIELD ROAD, SUITE 230
CHERRY HILL, NJ 08002
(856) 317-7100
FAX: (856) 317-7117

THE ATRIUM, SUITE E
309 MORRIS AVENUE
SPRING LAKE, NJ 07762
(732) 449-1440
FAX: (732)449-0934

COUNSEL
JOHN W. BISSELL
EUGENE J. CODEY, JR.
FRANCIS J. ORLANDO
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BRIAN P. MORRISSEY-
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*

DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
HECTOR D. RUIZ*
ROBERT A. VERDIBELLO*
PHILIP W. ALLOGRAMENTO III*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
ANTHONY J. CORINO*
INGRID E. DA COSTA
MEGHAN BARRETT BURKE*
RUKHSANAH L. SINGH*
BRITTANY E. MIANO*
STACIE L. POWERS*
NICOLE B. DORY*
MICHAEL BOJBASA-
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI*
MELISSA D. LOPEZ
ANDREW L. BARON*
JASON D. FALK*
MICHAEL J. SHORTT⁺
VICTORIA N. MANOUSHAGIAN*
PATRICK J. MURPHY, III*

KARIN I. SPALDING*
JODI ANNE HUDSON*
RICHARD A. JAGEN
JASON E. MARX*
ALEXIS E. LAZZARA
GAIL GOLDFARB
THOMAS VECCHIO⁺
DANIEL B. KESSLER*

MEGHAN K. MUSSO*
BRENDAN W. CARROLL*
ELEONORE OFOSU-ANTWI*
EDMUND J. CAULFIELD*
SYDNEY J. DARLING*
JESSICA L. PALMER*
NEIL V. SHAH*
STEPHEN R. TURANO*
STEVEN A. KROLL*
ROBERT M. DIPISA*
MATTHEW A. BAKER⁺
MICHAEL J. CREEGAN*
THOMAS M. BLEWITT, JR.⁺
BRIAN S. WOLFSON
MARY F. HURLEY
DANIELLE M. NOVAK⁺
KATELYN O'REILLY
JAMES E. FIGLIOZZI-
MATTHEW D. FIELDING*
MELISSA L. HIRSCH⁺
MARIEL L. BELANGER*
NICHOLAS W. URCIUOLI
KERRY C. DONOVAN
GENEVIEVE L. HORVATH

*ALSO ADMITTED IN NEW YORK
⁺ALSO ADMITTED IN PENNSYLVANIA
-ONLY ADMITTED IN NEW YORK
PLEASE REPLY TO ROSELAND, NJ

March 19, 2013

**VIA ECF AND FIRST-CLASS MAIL**
Honorable Esther Salas, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    **Nautilus Neurosciences, Inc., et al. v. Wockhardt USA LLC, et al.**
             **Civil Action No. 2:11-cv-1997 (ES/SCM)**
             **Civil Action No. 2:12-cv-1243 (ES/SCM)**

Dear Judge Salas:

      This firm, together with Willkie Farr & Gallagher LLP, represents Plaintiffs Nautilus Neurosciences, Inc. and APR Applied Pharma Research SA (collectively, "Plaintiffs") in connection with the above referenced matters. We write to respectfully request a conference call with Your Honor to discuss the scheduling of a trial in this matter.

      As Your Honor is aware, the parties are presently engaged in expert discovery, which is scheduled to close on April 22, 2013. (Dkt. No. 95). The current scheduling Order provides that the deadlines for the submission of a proposed Final Pretrial Order, Motions *in Limine*, and Pretrial Briefs and the Trial Start Date are yet to be determined. The expiration of the 30-month statutory stay relating to this Hatch-Waxman litigation will take place later this year, on September 1, 2013. As Your Honor is aware, subject to Your Honor's calendar, completion of a trial prior to the

2874778-01

Honorable Esther Salas, U.S.D.J.
March 19, 2013
Page 2

expiration of the statutory stay could obviate the need for any emergent, preliminary injunction proceedings in this matter.

For that reason, and in consideration of the upcoming close of expert discovery, Plaintiffs respectfully request a conference call with Your Honor to discuss the scheduling of pretrial submissions and conferences as well as the trial, at the Court's convenience and subject to Your Honor's calendar. We presently have a status conference call scheduled before Judge Mannion on April 17, 2013 and will be happy to discuss these scheduling issues with His Honor, as well.

As always, we appreciate the Court's attention to this matter.

                                                    Respectfully submitted,

                                                    *s/Liza M. Walsh*

                                                    Liza M. Walsh


cc:     Honorable Steven C. Mannion, U.S.M.J. (via ECF and First-Class Mail)
        All Counsel of Record (via ECF and email)